**JS 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PRINCE CORPORATION, et al., | ) | Case No.:  CV 12-7334 DSF (FMOx) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| NEWCODS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

    The Court having dismissed the RICO claim for failure to prosecute and having declined supplemental jurisdiction over the remaining state law claims,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover just costs pursuant to 28 U.S.C. § 1920.

             9/19/12

Dated: _____        _____

                                       Dale S. Fischer
                           United States District Judge